# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Andrea Wilkinson**

       Appellant

   vs.                      **CASE NUMBER: 1:23-cv-1035 (DNH)**

**Historic Pastures Homeowners Association, Inc.
and Ace Holding, LLC**

       Appellees

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: DECISION and ORDER: ORDERED that 1. The Bankruptcy Courts Order is AFFIRMED; and 2. Appellant Wilkinson's appeal is DISMISSED.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated March 14, 2024.

DATED: March 15, 2024

*[Signature]*
Clerk of Court

                                        s/Kathy Rogers
                                        Deputy Clerk